Cite as: 579 U. S. \_\_\_\_ (2016)          1
BREYER, J., dissenting

# SUPREME COURT OF THE UNITED STATES

## JOHN WAYNE CONNER *v.* ERIC SELLERS, WARDEN

ON APPLICATION FOR STAY AND PETITION FOR WRIT OF
CERTIORARI TO THE UNITED STATES COURT OF
APPEALS FOR THE ELEVENTH CIRCUIT

No. 16–5230 (16A59) Decided July 14, 2016

The application for stay of execution of sentence of death presented to JUSTICE THOMAS and by him referred to the Court is denied. The petition for a writ of certiorari is denied.

JUSTICE BREYER, dissenting from denial of certiorari and application for stay of execution.

I would grant the petition for writ of certiorari and application for stay of execution for the reasons stated in *Conner* v. *Sellers*, ante, p. \_\_\_ (Breyer, J., dissenting from denial of certiorari and application for stay of execution).